IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUZZA HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>PHILADELPHIA HOUSING AUTHORITY et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 22-00129 |

## ORDER

**AND NOW**, this 5th day of January 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 13), Plaintiff Yuzza Henderson's Response in Opposition (Doc. No. 38), and Plaintiff's Motion for a Jury Trial (Doc. No. 39), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED**.

2. The Amended Complaint (Doc. No. 9) is **DISMISSED with prejudice**.

3. Plaintiff's Motion for a Jury Trial (Doc. No. 39) is **DENIED as moot**.[1]

4. The Clerk of Court shall close this case for statistical purposes.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.

---

[1] Since the Amended Complaint is being dismissed, a jury trial will not occur. Therefore, the Motion for a Jury Trial (Doc. No. 39) will be denied as moot.

1